DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CASSINE COURT, LLC,** a Florida limited liability company,
Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE AS SUCCESSOR BY MERGER TO LaSALLE BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2006-AR9,**
Appellee.

No. 4D14-2085

[November 4, 2015]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Elizabeth A. Metzger, Judge; L.T. Case No. 43-2009-CA-000110.

Jason Berger, Stuart, for appellant.

N. Mark New, II, and William L. Grimsley of McGlinchey Stafford, Jacksonville, for appellee.

PER CURIAM.

*Affirmed. See De Sousa v. JP Morgan Chase, N.A.*, 170 So. 3d 928 (Fla. 4th DCA 2015); *Iannauzzo v. Stanson,* 927 So. 2d 1005 (Fla. 4th DCA 2006).

CIKLIN, C.J., GROSS and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***